IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

      Plaintiff,

v.                                                No. 2:23-cv-21 GJF/KRS

MONITRONICS INTERNATIONAL, INC.,
a Delaware Corporation, d/b/a BRINKS HOME
SECURITY; and JOHN DOE CALLER,

      Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE ELECTRONICALLY

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Leave to File Electronically as a Pro Se Party, (Doc. 7), filed January 23, 2023. Plaintiff requests permission to electronically file documents in this case and states that he is registered with the Court's electronic filing system.

The Court grants Plaintiff permission to file electronically in this case only. *See* Guide for Pro Se Litigants at 13, District of New Mexico (October 2022) ("[A]pproval to electronically file documents within a case must be granted by the presiding judge for each case in which the *pro se* litigant wishes to file using their CM/ECF account."). The Court will revoke permission to file electronically if Plaintiff abuses his electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information. This Order only grants Plaintiff permission to participate in CM/ECF; Plaintiff is responsible for registering to become a participant, which he

states he has already accomplished. *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised January 2021).

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion for Leave to File Electronically as a Pro Se Party, (Doc. 7), is GRANTED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE