IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN ESCANO, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § Civil Action No. 1:23-cv-00021 <br> MONITRONICS INTERNATIONAL, INC., a § (removal from: Sixth Judicial District Court, <br> Delaware Corporation, d/b/a BRINKS HOME § Grant County, No. D-608-CV-2022-00275) <br> SECURITY; and JOHN DOE CALLER, § <br> § <br> Defendants. | |

## NOTICE OF SETTLEMENT

COMES NOW Defendant Monitronics International, Inc. d/b/a Brinks Home Security ("Defendant" or "Monitronics"), by and through its undersigned counsel, and hereby submits notification that a settlement of this matter has been reached between Monitronics and Plaintiff, Ruben Escano. These parties require sixty (60) days to complete their settlement and anticipate filing a stipulation to dismiss this action in its entirety upon the completion of settlement.

Dated: February 15, 2023              Respectfully submitted,

                                      By */s/ Robert J. Lamb*
                                         Cassandra R. Malone
                                         Robert "R.J." Lamb
                                         JENNINGS HAUG KELEHER MCLEOD LLP
                                         201 3rd Street, NW, Suite 1200
                                         Albuquerque, NM 87102
                                         (505) 346-4646
                                         (505) 346-1370 Facsimile
                                         crm@jhkmlaw.com; rjl@jhkmlaw.com
                                         *Attorneys for Defendant Monitronics*
                                         *International, Inc.*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of February, 2023, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Ruban Escano, *pro se*
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061
(201) 527-8938
rubenescano@gmail.com

                                                        */s/ Robert "R.J." Lamb*
                                                        Robert "R.J." Lamb