# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN ESCANO, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | Civil Action No. 1:23-cv-00021 |
| MONITRONICS INTERNATIONAL, INC., a § | (removal from: Sixth Judicial District Court, |
| Delaware Corporation, d/b/a BRINKS HOME § | Grant County, No. D-608-CV-2022-00275) |
| SECURITY; and JOHN DOE CALLER, § | |
| § | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT MONITRONICS INTERNATIONAL, INC. ONLY

The Court, having considered the parties' Stipulation for Dismissal, and good cause appearing.

**IT IS HEREBY ORDERED** that that above-captioned action be dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

1