UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

vs.                                                                                                          Civ. No. 23-21 GJF/KRS

MONITRONICS INTERNATIONAL, INC., a
Delaware Corporation, *d/b/a* BRINKS HOME
SECURITY; and JOHN DOE CALLER,

    Defendants.

## ORDER DISMISSING CASE

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice as to Defendant Monitronics International, Inc. Only [ECF 14]. Noting the parties' concurrence, the Court finds the Motion well-taken and **GRANTS** it.

**IT IS THEREFORE ORDERED** that this action is dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

**SO ORDERED.**

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE[1]

---

[1] Because the parties have stipulated to this Court granting dismissal, the Court infers consent for that limited purpose under 28 U.S.C. § 636(c)(1).